UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

-----------------------------------------------------------------X

CZESLAW PANKIEWICZ (AND WIFE, MARIA : 07-CV-4505-AKH
PANKIEWICZ),

                Plaintiff,  : **APPEARANCE**

  - against -

150 BROADWAY CORP., *et al.*, : **ELECTRONICALLY FILED**

                Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York          DICKSTEIN SHAPIRO LLP
       October 3, 2007
                                   By:     /s/ Judith R. Cohen
                                           Judith R. Cohen (JC-8614)
                                           1177 Avenue of the Americas
                                           New York, New York 10036
                                           Phone: (212) 277-6500
                                           Fax: (212) 277-6501
                                           *Attorney for Defendant*
                                           MERRILL LYNCH & CO., INC.