Thomas A. Egan, Esq.
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York 10006-1404
(212) 412-9500

Attorneys for Defendants The 120 Broadway Parties

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
IN RE: WORLD TRADE CENTER DISASTER          : 21 MC 102 (AKH)
SITE LITIGATION                                              :
:
-------------------------------------------------------------X
:
CZESLAW PANKIEWICZ                                   :
(AND WIFE, MARIA PANKIEWICZ)                  : 07-CV-4505 (AKH)
:
            Plaintiffs,     : **NOTICE OF THE 120 BROADWAY**
: **PARTIES' ADOPTION OF ANSWER**
- against -                                                        : **TO MASTER COMPLAINT**
:
120 BROADWAY CONDOMINIUM (CONDO #871)  :
et al.,                                                               :
:
            Defendants.   :
:
-------------------------------------------------------------X

   PLEASE TAKE NOTICE THAT Defendants The 120 Broadway Condominium (Condo #871), 120 Broadway Holdings, LLC (incorrectly sued herein as 120 Broadway Holding, LLC), 120 Broadway Properties, LLC, 120 Broadway, LLC, Board of Managers of The 120 Broadway Condominium (Condo #871), and Silverstein Properties, Inc. (collectively, "The 120 Broadway Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt the 120 Broadway Parties' Answer to Master Complaint, dated August 1, 2007,

which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the 120 Broadway Parties demand judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated:  New York, New York
December 21, 2007

                            **FLEMMING ZULACK WILLIAMSON ZAUDERER LLP**
                            Attorneys for Defendants The 120 Broadway Parties

By: _/s/ Thomas A. Egan_____
      Thomas A. Egan
One Liberty Plaza
New York, New York 10006-1404
(212) 412-9500